BYRON ODER, who sues for the use of Jesse Fisher, Plaintiff in Error, *v.* JONATHAN PUTMAN, Defendant in Error.

### ERROR TO TAZEWELL.

The Supreme Court has not jurisdiction of a case, on error, while it is pending in the court below.

THIS case is stated in the opinion of the court.

S. D. PUTERBAUGH, and J. ROBERTS, for Plaintiff in Error.

N. W. GREEN, for Defendant in Error.

CATON, C. J. As there was no final judgment in this case, the writ of error will have to be dismissed. There was a demurrer filed to the first count, which was sustained, and judgment for the defendant for costs. On the common counts an issue was formed, which was not disposed of so far as is shown by this record. While that issue is pending in the court below, this court has no jurisdiction.

The writ of error must be dismissed.

*Writ of error dismissed.*